**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Martin AGUILLON, Jr., Defendant–**
**Appellant.**

**No. 09–40072**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 19, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jose Luis Ramos, Sr., Rio Grande City, TX, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Martin Aguillon, Jr., has moved for leave to withdraw and has filed a brief in accor-

the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

dance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Aguillon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.